

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00037-CR

DANNY CHARLES MORAN                                      APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
## TRIAL COURT NO. 1369231D

----------

## MEMORANDUM OPINION[1]

----------

After review of the reporter's record of the trial court's June 15, 2015 abatement hearing and pursuant to Appellant's statement on record that he no longer wishes to continue this appeal, this court, on its own initiative, suspends the requirements of rule 42.2(a) of the rules of appellate procedure, and we dismiss the appeal. *See* Tex. R. App. P. 2, 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  GABRIEL, J; LIVINGSTON, C.J.; and SUDDERTH, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  July 30, 2015